[Nos. 3234–5–III; 3275–2–III.   Division Three.   June 17, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN R. STATLER, *Appellant.*

THE STATE OF WASHINGTON, *Respondent*, v. BILL EUGENE WELLS, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 78-1-00501-8, Carl L. Loy, J., entered January 12, 1979. *Affirmed* by unpublished opinion per Roe, J., concurred in by McInturff, A.C.J., and Munson, J.

[No. 3436–4–III.   Division Three.   June 17, 1980.]

W. R. O'ROURKE MECHANICAL CORPORATION, *Respondent,* v. K U J, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 69031, B. J. McLean, J., entered April 25, 1979. *Affirmed* by unpublished opinion per Roe, J., concurred in by Green, C.J., and Munson, J.

[No. 3199–3–III.   Division Three.   June 17, 1980.]

JOHN B. MICHEL, ET AL, *Respondents*, v. GERALD L. ADCOCK, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Franklin County, No. 22836, Albert J. Yencopal, J., entered November 22, 1978. *Reversed* and *remanded* by unpublished opinion per Munson, J., concurred in by McInturff, A.C.J., and Roe, J.